# UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| JEANETTE ROGERS,<br><br>Plaintiff<br><br>V.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:06-at-00438 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X    GRANTED.

     X    The clerk is directed to file the complaint.

     X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

IT IS SO ORDERED.

**Dated:** **September 12, 2006**          /s/ Lawrence J. O'Neill
66h44d                                     UNITED STATES MAGISTRATE JUDGE